IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

ANN GALLOWAY, MELANIE
MILASINOVICH, CATHERINE ANDREWS,
DEAN LLOYD, EILEEN FITZGERALD,
WILLIAM WESSON

        Plaintiffs,

vs.                             Civ. No. 11-899 WDS/RHS

AYN STERN,

        Defendant.

## REPORT AND RECOMMENDATION

    This cause was removed from the First Judicial District, State of New Mexico, on October 7, 2011 (Doc. 3).  I entered an Initial Scheduling Order (Doc. 6) and set a Rule 16((c) hearing for November 3, 2011 at 11:30 a.m.  I vacated this hearing as the parties failed to submit a Joint Status Report.  I wrote the parties (they have not provided telephone numbers and/or email addresses) directing them to submit the JSR on or before December 1, 2011. They have been advised that failure to submit the report by December 1, 2011 may result in the imposition of sanctions including dismissal.  No consents have been filed.

    Given the present status of the case, I recommend that the cause be reassigned to an Article III judge.

                                     */s/ Robert Hayes Scott*
                                     ROBERT HAYES SCOTT
                                     UNITED STATES MAGISTRATE JUDGE