IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

ANN GALLOWAY, MELANIE
MILASINOVICH, CATHERINE ANDREWS,
DEAN LLOYD, EILEEN FITZGERALD,
WILLIAM WESSON

        Plaintiffs,

vs.                                                    Civ. No. 11-899 JCH/RHS

AYN STERN,

        Defendant.

## ORDER ADOPTING JOINT STATUS REPORT AND PROVISIONAL DISCOVERY PLAN

THIS MATTER came before the Court on a Rule 16 scheduling conference. Following a review of the Joint Status Report and Provisional Discovery Plan filed December 1, 2011 (Doc. 14), the Court adopts the Joint Status Report and Provisional Discovery Plan as modified by the dates designated in the Court's Scheduling Order. Defendant failed and/or refused to participate in the preparation of the Joint Status Report (Doc. 14) as required under the terms of Order Resetting the Initial Scheduling Conference (Doc. 15).

ROBERT HAYES SCOTT
UNITED STATES MAGISTRATE JUDGE